AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

JAMAA ANTHONY CINQUE,

      Petitioner,          JUDGMENT IN A CIVIL CASE
  V.

                                      CASE NUMBER: **3:06-cv-00173-ECR-RAM**

MICHAEL J. BUDGE, et al.,

      Respondents.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Respondents' #59 Motion to Dismiss is GRANTED. This action is DISMISSED with prejudice as procedurally defaulted.

  May 6, 2009                                                              **LANCE S. WILSON**
                                                                                            Clerk

                                                                                            /s/ Kalani Lizares
                                                                                            Deputy Clerk